Joseph T. Clees, SBN 009645
Kerry S. Martin, SBN 023128
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
kerry.martin@ogletreedeakins.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CARL D. LANG,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ACRA CONTROL, INC.; ACRA CONTROL, LTD.,<br><br>　　　　Defendants. | No. CV 07-1052 PHX-RCB<br><br>**ANSWER TO COMPLAINT** |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants ACRA Control, Inc., and ACRA Control, Ltd., respectfully file their Answer and Affirmative Defenses to the Complaint filed by the plaintiff, Carl D. Lang and state as follows:

　　1.　　Defendants admit the allegations contained in paragraph 1 of the Complaint.

　　2.　　Defendants admit the allegations contained in paragraph 2 of the Complaint.

　　3.　　Defendants admit the allegations contained in paragraph 3 of the Complaint.

4. Defendants admit that ACRA Control, Inc., is a wholly owned subsidiary of ACRA Control, Ltd. Defendants deny each and every other remaining allegation contained in paragraph 4 of the Complaint.

5. Defendants deny the allegations contained in paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in paragraph 6 of the Complaint.

7. Defendants admit the allegations contained in paragraph 7 of the Complaint.

8. Defendants admit that Plaintiff's employment agreement addressed terms such as base salary, severance, vacation pay, and expense reimbursement as alleged in paragraph 8 of the Complaint, but Defendants deny that they breached any contract with Plaintiff. Defendants deny each and every other remaining allegation contained in paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in paragraph 9 of the Complaint.

10. Defendants admit that Plaintiff did not receive severance or vacation pay after his employment with ACRA Control, Inc. ended as alleged in paragraph 10 of the Complaint, and affirmatively aver that Plaintiff was not entitled to such payments.

11. Defendants admit that Plaintiff purports to bring a contract action pursuant to A.R.S. section 12-341.01, but Defendants deny that they are liable to Plaintiff under said statute or that Plaintiff is entitled to recovery under such statute or any other theory.

**(FIRST CLAIM FOR RELIEF)**

**(A.R.S. section 23-355)**

12. Defendants incorporate by reference all admissions, denials, averments, and explanations previously set forth in paragraphs 1-11 of this Answer.

13. The allegations contained in paragraph 13 of the Complaint are statements of law to which no response is required.

14. Defendants deny the allegations contained in paragraph 14 of the Complaint.

15.  Defendants deny the allegations contained in paragraph 15 of the Complaint.

16.  Defendants deny the allegations contained in paragraph 16 of the Complaint.

**(SECOND CLAIM FOR RELIEF)**

**(Breach of Contract)**

17.  Defendants incorporate by reference all admissions, denials, averments, and explanations previously set forth in paragraphs 1-16 of this Answer.

18.  Defendants admit the allegations contained in paragraph 18 of the Complaint.

19.  Defendants deny the allegations contained in paragraph 19 of the Complaint.

20.  Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.  Defendants deny the allegations contained in paragraph 21 of the Complaint.

**(THIRD CLAIM FOR RELIEF)**

**(Breach of Covenant of Good Faith and Fair Dealing)**

22.  Defendants incorporate by reference all admissions, denials, averments, and explanations previously set forth in paragraphs 1-21 of this Answer.

23.  The allegations contained in paragraph 23 of the Complaint are conclusions of law to which no response is required.

24.  Defendants deny the allegations contained in paragraph 24 of the Complaint.

25.  Defendants deny the allegations contained in paragraph 25 of the Complaint.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 2415 EAST CAMELBACK ROAD, SUITE 800 PHOENIX, ARIZONA 85016 (602) 778-3700

**(FOURTH CLAIM FOR RELIEF)**

**(Unjust Enrichment)**

26. Defendants incorporate by reference all admissions, denials, averments, and explanations previously set forth in paragraphs 1-25 of this Answer.

27. Defendants deny the allegations contained in paragraph 27 of the Complaint.

28. Defendants deny the allegations contained in paragraph 28 of the Complaint.

29. Defendants deny that Plaintiff is entitled to any of the relief set forth in the Prayer for Relief contained in the Complaint.

30. Defendants deny all the allegations contained in the Complaint that are not specifically and expressly admitted to herein.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's claims are barred, in whole or in part, to the extent that they fail state a claim upon which relief may be granted.

2. Plaintiff's claims are barred, in whole or in part, by equitable doctrines of waiver, estoppel, laches, and unclean hands.

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

4. Plaintiffs' claims are barred, in whole or in part, by the application of the parol evidence rule.

5. As discovery and further investigation of this matter may reveal affirmative defenses not presently known to Defendants, Defendants reserve the right to amend their Answer to add additional affirmative defenses that may be discovered during the course of this litigation, including, but not limited to, those listed in Rule 8(c), Fed. R. Civ. P.

**WHEREFORE**, Defendants request that this case be dismissed, with prejudice, and that judgment be entered in their favor and against Plaintiff.

DATED this 31st day of May, 2007.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By  s/Kerry S. Martin
Joseph T. Clees
Kerry S. Martin
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Defendants

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Elliot S. Isaac, P.C.
14820 North Cave Creek Road, #3
Phoenix, AZ 85032

Attorneys for Plaintiff

s/Kathleen M. Hubert

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

6

4983901.1